```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                   JUL 19 2013

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Bobby Joe Thompson<br><br>    Defendant. | Case No. 13-1983M<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

    In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.  [X]  the appearance of the defendant as required; and/or

    B.  [X]  the safety of any person or the community.

The Court concludes that:

A. (X) Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

FT APPEAR / TEST ALLEGATION
ADMISSION RE NOT AMENABLE TO SUPERVISION
NO BAIL RESOURCES

B. (X) Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

ARRESTS, PUBLIC DRUNKENNESS

IT IS ORDERED that defendant be detained.

DATE: July 19, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE